UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRIS J. SILAGI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF STATE HOSPITAL, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1118 DAD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

　　　　By order filed June 3, 2015, the court dismissed plaintiff's complaint and granted plaintiff 30 days leave to file an amended complaint. (ECF No. 3.) The grounds for dismissal were the court's inability to determine (i) whether plaintiff's claims were properly brought in a civil rights action pursuant to 42 U.S.C. § 1983 or as a petition for writ of habeas corpus brought pursuant to 28 U.S.C. §§ 2241 and 2254, and (ii) whether venue was proper in the Eastern District of California, the Northern District of California, or the Central District of California. (Id. at 2-3.) By the same order, the court directed plaintiff to file a properly-completed application to proceed in forma pauperis or else pay the required filing of $350.00 plus the $50.00 administrative fee. (Id. at 4.)

1   More than thirty days have passed, and plaintiff has failed to file an amended complaint,
2  an application to proceed in forma pauperis, or the required filing fee.  Instead, plaintiff has filed
3  a motion to transfer venue in this action to the Northern District of California, which provides in
4  its entirety as follows:

> Please transfer my case, No. 2:15-cv-1118 DAD P, to [the] United States District Court for the Northern District of California, because it is the proper venue.  My case stems from actions taken in Soledad, California by the Department of State Hospital[s] and the California Department of Corrections and Rehabilitation from 5/18/2015.  Also, please send me the Mentally Disordered Offender law, California Penal Code §§ 2960-2981, as this is the law which pertains to my case.

10  (ECF No. 4 at 1.)

11   In the interest of justice, a federal court may transfer a complaint filed in the wrong
12  district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932
13  (D.C. Cir. 1974).  However, because plaintiff has failed to file an amended complaint that
14  elaborates on the inadequate allegations set forth in his original complaint, the court cannot as yet
15  determine the nature of this case (i.e., whether it is a civil rights action or a petition for writ of
16  habeas corpus) or whether venue is proper in the Eastern District of California.  Plaintiff is
17  advised that if he does not wish to file an amended complaint with this court, he may voluntarily
18  dismiss the present case and file a new case in the U.S. District Court for the Northern District of
19  California; however, by doing so, he may run afoul of the applicable statute of limitations with
20  respect to his claims.

21   Finally, the court is unable to provide plaintiff with a copy of the statutes that comprise
22  the California Mentally Disordered Offenders law.  Plaintiff is advised to obtain a copy of the
23  pertinent statutes from the law library at Salinas Valley State Prison.

24   In accordance with the above, IT IS HEREBY ORDERED that:

25   1. Plaintiff's motion to transfer venue (ECF No. 4) is denied without prejudice.

26   2. Plaintiff is granted thirty days from the date of service of this order to file an amended
27  complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil
28  Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number

assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended complaint; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

3. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $50.00 administrative fee or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice; and

4. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

Dated: July 17, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
sila1118.14.new+3a.2nd