UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARRIS J. SILAGI, | No. 2:15-cv-1118 AC P (TEMP) |
| Plaintiff, | |
| v. | ORDER & |
| DEPARTMENT OF STATE HOSPITAL, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

By an order filed July 20, 2015, plaintiff was granted, for the second time, thirty days' leave (i) to file an amended complaint, and (ii) to file an in forma pauperis affidavit or pay the appropriate filing fees. (ECF No. 5.) Plaintiff was further cautioned that his failure to comply with the court's order would result in a recommendation that this action be dismissed. (Id.) The thirty day period has now expired, and plaintiff has not filed an amended complaint, has not filed an in forma pauperis affidavit or paid the appropriate filing fee, and has not otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a district judge in this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 10, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE